cherrym                7/12/2012 2:25 PM   PAGE   4/008    Fax Server
O:JOCELYN DEMARS   COMPANY:

FILED
12 JUN 15 PM 12:51

IN THE FRANKLIN COUNTY MUNICIPAL COURT

Jacquita M. McCormick           :
171 Stonefence Lane
Dublin, Ohio 43017              :
                                    CIVIL COMPLAINT – VIOLATIONS
         PLAINTIFF               :  OF FAIR DEBT COLLECTION ACT

v.                              :

CBCS                            :
P.O. Box 165025
Columbus, OH 43216-5025         :

         DEFENDANT,              :

## COMPLAINT

1. The Defendant CBCS is a collection agency as defined by Ohio Revised Code 1319.12 and 15 U.S.C.1692 as amended. On, or about May 21, 2012 the Defendant was notified by the Plaintiff's attorney, in writing (attached here as Exhibit A) that he represented the Plaintiff in the collection matter.

2. Since May 25, 2012 and continuing through June 14, 2012 the Defendant has made at least seven telephonic contacts directly with the Plaintiff herein.

3. Defendant's action herein above are in violation of Ohio Revised Code 1319.12(G) and 15 U.S.C.1692 as amended.

WHEREFORE plaintiff demands judgment against defendant in the amount of $7,000.00 plus $250.00 in attorney fees, interest and the costs of this action.

cherrym                 7/12/2012 2:25 PM   PAGE    5/008    Fax Server
O:JOCELYN DEMARS   COMPANY:

_____
Jack E. McCormick   #0000948
500 City Park Ave.
Columbus, Ohio 43215
(614) 221-2718
Fax (614) 221-5295
email: jack.mccormick@att.net
Attorney for Plaintiff

May 21, 2012

CBCS
P.O. Box 165025
Columbus, OH 43216-5025

Re: Jacquita M. McCormick v. CBCS (your file #0706731194)
    Violations of the Fair Debt Collection Act

Dear Sir/Madam:

    As I have told Riverside Hospital and the six other collection agencies who had this account prior to your purchase of the same, I represent Mrs. McCormick.

In spite of this you continue to attempt to contact her directly. I have documented four "robo calls", the latest being this morning. You were obviously aware of my representation as you sent your letter of May 12, 2012 (copy enclosed) to my office. Each of your calls is a separate violation of the FDCA, whether you were aware of my representation, or not. This is a strict liability statute.

    However, in the spirit of compromise, I will withhold filing suit provided you remittance $2,000.00 to my client. Please send your remittance payable to my client to the address below. Any further attempts to contact my client directly will lead to additional liability.

    I look forward to receiving your remittance. Your prompt payment will prevent further legal complications for your company, which may include a class action suit.

Very truly,

Jack E. McCormick 0000948
Attorney for Jacquita M. McCormick

Encl.

cherrym                7/12/2012 2:25 PM    PAGE    7/008    Fax Server
O:JOCELYN DEMARS   COMPANY:

WAIVER OF NOTIFICATION
AND
INSTRUCTIONS TO CLERK

---

FRANKLIN COUNTY MUNICIPAL COURT
CIVIL DIVISION, THIRD FLOOR
375 SOUTH HIGH STREET, COLUMBUS, OHIO 43215

Jacquita M. McCormick
vs.
CBCS

INSTRUCTIONS TO CLERK

CASE #: M .......... CV ............

IF SERVICE OF PROCESS BY CERTIFIED MAIL IS RETURNED BY THE POSTAL AUTHORITIES WITH AN ENDORSEMENT OF "REFUSED" OR "UNCLAIMED" AND IF THE CERTIFICATE OF MAILING CAN BE DEEMED COMPLETE NOT LESS THAN SEVEN (7) DAYS BEFORE ANY SCHEDULED HEARING, THE UNDERSIGNED WAIVES NOTICE OF THE FAILURE OF SERVICE BY THE CLERK AND REQUESTS ORDINARY MAIL SERVICE IN ACCORDANCE WITH CIVIL RULE 4.6 (C) OR (D) AND O.R.C. 1923.06.

JACK E. McCormick                          0000942
ATTORNEY OF RECORD (TYPE OR PRINT)         ATTORNEY OHIO SUPREME COURT NUMBER

DATE: 6/15/12  ATTORNEY'S SIGNATURE [signature]

## NEW CIVIL CASE FILING
## LORI M TYACK, CLERK
## FRANKLIN COUNTY MUNICIPAL COURT

F 22.102

THIS COVER SHEET MUST BE COMPLETED FOR ALL NEW CASE FILINGS
(Please check all that apply)

**CASE TYPE**

| | | | |
|---|---|---|---|
| | "E" | Personal Injury/Property Damage | $117.00 |
| ✓ | "F" | Contracts/Notes/Accounts | $117.00 |
| | "F" | Cognovit | $117.00 |
| | "H" | 12 Point / FRA Non-Compliance Petitions | $117.00 |
| | "H" | BMV Reinstatement Plan | $ 20.00 |
| | "H" | Certificate of Judgment | $ 78.00 |
| | "H" | Declaratory Judgment | $117.00 |
| | "I" | Small Claims | $ 72.00 |
| | "N" | Photo Red Light Appeal | $117.00 |
| | "P" | Parking Violations Bureau Petition | $117.00 |
| | "CV_" | Change of Venue | $ 91.00 |
| | "EV_" | Civil Environmental | $117.00 |

NOTE: THE ABOVE FILING FEES INCLUDE SERVICE FOR UP TO 3 DEFENDANTS AND/OR ADDRESSES ISSUING ONE (1) TYPE OF SERVICE. ADDITIONAL DEFENDANTS AND/OR ADDRESSES, AND/OR MORE THAN (1) TYPE OF SERVICE REQUESTED WILL BE CHARGED ADDITIONAL SERVICE FEES BASED ON THE CURRENT COURT FEE SCHEDULE.

**SERVICE**

| | | |
|---|---|---|
| ✓ | Certified Mail | |
| | Bailiff Service (Instructions must be filled out) | |
| | Process Server Appointment | $3.00 |
| | Other (Instructions must be filled out) | |
| ✓ | Waiver of Notification of Failure (Form CV-81 MUST be completed) | |

---

**CASE TYPE**

| | | | |
|---|---|---|---|
| | "G" | F.E.D. 1 Cause of Action (EVICTION ONLY) | $127.00 |
| | "G" | F.E.D. 2 Causes of Action (EVICTION WITH MONEY) | $127.00 |

NOTE: THE ABOVE FILING FEES INCLUDE ORDINARY MAIL SERVICE PLUS ONE OF THE CHOICES BELOW FOR UP TO 3 DEFENDANTS AND/OR ADDRESSES. REQUESTS FOR ADDITIONAL DEFENDANTS AND/OR ADDRESSES WILL BE CHARGED ADDITIONAL SERVICE FEES BASED ON THE CURRENT COURT FEE SCHEDULE.

**ORDINARY MAIL SERVICE +**

| | | |
|---|---|---|
| | Bailiff Service (Instructions must be filled out) | $127.00 |
| | Certified Mail (Must be signed for to perfect service) | $127.00 |
| | Process Server Appointment | $130.00 |

Signature of filing Party: _____  000944

Phone Number (optional): _____

Provision of phone number may assist the court if problems are encountered

**Refiling Information**

If this is a REFILING of a previously dismissed case, please complete the following Information:

Previous Case No. _____   Original Judge _____

PLEASE PRESENT COMPLETED FORM WITH ORIGINAL & SERVICE COPIES TO CASHIER. MAKE CHECKS OR MONEY ORDERS PAYABLE TO "FRANKLIN COUNTY MUNICIPAL COURT"

Rev 1/10